UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

IN RE:

COLEMAN A GREEN

        Debtor

Chapter 13
Case No. 24-10244-DJB

CAPITAL ONE AUTO FINANCE, A
DIVISION OF CAPITAL ONE, N.A.

        Movant

v.

COLEMAN A GREEN
    (Debtor)

KENNETH E. WEST
    (Trustee)

        Respondents

## ORDER TERMINATING AUTOMATIC STAY

AND NOW, this _____day of_____, 2025, upon consideration of the

Motion for Relief from Automatic Stay filed by Capital One Auto Finance, a division of Capital

One, N.A., and any responses thereto, it is hereby ORDERED, ADJUDGED, and DECREED that:

1.  The Motion is GRANTED.

2.  The automatic stay imposed by 11 U.S.C. § 362(a) is hereby modified for purposes of

    permitting the Movant to proceed and continue to levy and sell the 2017 Ford Escape VIN

    No. 1FMCU0GD3HUB08803 to levy and sell the Vehicle, and to pursue its remedies under

    state law in connection with the loan documents.

3.  The time period specified in Fed. R. Bankr. P. 4001(a)(3) is waived to allow Capital One

    Auto Finance, a division of Capital One, N.A. to immediately liquidate the Vehicle.

4.  This grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

BY THE COURT:


Judge Derek J Baker
U.S. BANKRUPTCY COURT